

1 │ McGREGOR W. SCOTT
│ United States Attorney
2 │ KIMBERLY A. KELLY
│ Assistant U.S. Attorney
3 │ 4401 Federal Building
│ 2500 Tulare Street
4 │ Fresno, California 93721
│ Telephone: (559) 497-4000
5 │
6 │
7 │                    IN THE UNITED STATES DISTRICT COURT FOR THE
8 │                       EASTERN DISTRICT OF CALIFORNIA
9 │
   │ UNITED STATES OF AMERICA,          )    CR.NO. ᴾᴱ  06 00 2 0 4 0ᴹᴹ
10 │                                     )
   │                    Plaintiff,       )    EX PARTE MOTION TO SEAL
11 │                                     )    INDICTMENT PURSUANT
   │         v.                          )    TO RULE 6(e), FEDERAL
12 │                                     )    FEDERAL RULES OF
   │                                     )    CRIMINAL PROCEDURE
13 │ GREGORY GONZALEZ,                   )
   │                                     )
14 │                                     )
   │                    Defendant.       )
15 │ _____)

16 │      The government moves the Court, pursuant to Rule 6(e) of the
17 │ Federal Rules of Criminal Procedure, to order and direct that the
18 │ Indictment returned by the Grand Jury on June 1, 2006, charging
19 │ the above defendant with a violation of Title 26, United States
20 │ Code, Sections 5861(c) - Possession of a Firearm in violation of
21 │ the National Firearms Act;  and other violations be kept secret
22 │ until the defendant named in the Indictment is either in custody
23 │ or has been given bail on this offense; and further order that
24 │ until such time as the defendant is  in custody or has been given
25 │ bail, that no person shall disclose the finding of the Indictment
26 │ or any warrant issued pursuant thereto,
27 │ ///
28 │

1

1  except when necessary for the issuance and execution of the

2  warrant.

3

4  DATED: June  __ 2006                    Respectfully submitted,

5                                          McGREGOR W. SCOTT
                                           United States Attorney
6
                                           By
7                                             KIMBERLY A. KELLY
                                           Assistant U.S. Attorney
8
9  ORDERED as prayed this _1st_ day of June 2006

10

11                                         U.S. Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28