McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

FILED

JUN 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY GONZALEZ )<br>)<br>Defendant. )<br>_____) | 1:06-cr-00204 OWW<br><br>REQUEST BY THE UNITED STATES TO UNSEAL INDICTMENT AS TO GREGORY GONZALEZ |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Kelly, Assistant United States Attorney, and request leave of the Court to unseal the Criminal Indictment in the above-referenced matter as to **GREGORY GONZALEZ**.

DATED: June 14, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/ Kimberly A. Kelly
    KIMBERLY A. KELLY
    Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: June 14, 2006

_____
Hon. LAWRENCE J. O'NEILL
U.S. Magistrate Judge

1